**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 DEC 15 A 9 22

CLERK  JMcCarthy

| | |
|---|---|
| JAMON WALI EPPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 306-008 |
| ) | (CR 305-004) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the government.

SO ORDERED this 15th day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE